# 19-20444-CR-MOORE/BECERRA



FILED BY \_\_\_\_YR\_\_\_\_ D.C.

**Jul 18, 2019**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISON

CASE NO. 19-Cr-164-AA

United States of America

v.

HOWARD HARLIB

CONSENT TO TRANSFER OF CASE
FOR PLEA AND SENTENCE
(Under Rule 20)

I, Howard Harlib, the above named defendant, have been informed that an information is pending against me in this case. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Southern District of Florida, in which I am held and to waive trial in the above captioned District.

Dated: July 1, 2019 at 2:00PM, _____.

_____
HAROLD HARLIB
Defendant

_____
Witness

_____
Counsel for Defendant

**APPROVED**

_____
BILLY J. WILLIAMS
United States Attorney
District of Oregon

_____
ARIANA FAJARDO ORSHAN
United States Attorney
Southern District of Florida

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:19-cr-1104-AA |
| v. | INFORMATION |
| HOWARD HARLIB, | 18 U.S.C. § 1343 |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

1. Beginning in or about August 2015, and continuing through in or about September 2015, in the District of Oregon and elsewhere, **HOWARD HARLIB**, knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud and obtain money from a casino in Coos County, Oregon, by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

2. In carrying out the scheme to defraud, **HARLIB** engaged in the following fraudulent and deceptive acts, practices, and devices, among others:

   a. **HARLIB** faxed a flier advertising the opportunity to book the band, The Village People, for shows at the victim casino, when he had no affiliation with the band and no authority to book the band for performances;

    b. **HARLIB** emailed the victim casino a brochure describing his company, Premier Entertainment, which contained numerous false and misleading statements; and

    c. **HARLIB** emailed the victim casino to a fraudulent contract to book The Village People for a performance at the casino.

3.    **HARLIB** defrauded the victim casino of $12,500.

## COUNT 1
### (Wire Fraud)
### (18 U.S.C. § 1343)

4.    Paragraphs 1-3 are re-alleged and incorporated herein as set forth above.

5.    On or about the date listed below, in the District of Oregon and elsewhere, **HOWARD HARLIB**, having knowingly devised and intended to devise the aforementioned material scheme and artifice to defraud, and to obtain money by means of materially false and fraudulent pretenses, representations and promises, for the purpose of executing and attempting to execute the scheme and artifice, did knowingly cause to be transmitted in interstate and foreign commerce by means of wire communications, writings, signals, and sounds, the following email:

| Count | Date | Description of Wire |
|---|---|---|
| 1 | August 18, 2015 | Email from **HARLIB** to victim casino enclosing fictitious promotional material. |

In violation of 18 U.S.C. § 1343.

Dated: April 29, 2019

                                          Respectfully submitted,

                                          BILLY J. WILLIAMS
                                          United States Attorney

                                          GAVIN W. BRUCE, OSB No. 113384
                                          Assistant United States Attorney

TERMINATED

# U.S. District Court
## District of Oregon (Eugene (6))
## CRIMINAL DOCKET FOR CASE #: 6:19-cr-00164-AA-1

| | |
|---|---|
| Case title: USA v. Harlib | Date Filed: 04/29/2019 |
| | Date Terminated: 07/18/2019 |

Assigned to: Judge Ann L. Aiken
Referred to: Magistrate Judge Mustafa T. Kasubhai

**Defendant (1)**

**Howard Harlib**
*TERMINATED: 07/18/2019*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1343 Wire Fraud (1) | Rule 20 Transfer to Southern District of Florida |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Gavin W. Bruce** |
| | | U.S. Attorney's Office |
| | | 405 E. 8th Avenue |
| | | #2400 |
| | | Eugene, OR 97401 |

541-465-6771
Fax: 541-465-6917
Email: Gavin.Bruce@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/29/2019 | 1 | Information as to Howard Harlib (1) count(s) 1 (kf) (Entered: 04/29/2019) |
| 07/18/2019 | 2 | Consent To Transfer Jurisdiction (Rule 20) to Southern District of Florida Counts closed as to Howard Harlib (1) Count 1. (kf) (Entered: 07/18/2019) |
| 07/18/2019 | 3 | Notice to Southern District of Florida of a Rule 20 Consent to Transfer as to Howard Harlib. Docket sheet and Information attached. (If you require certified copies of any documents, please send a request to CrimPDX@ord.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (Attachments: # 1 Docket Sheet, Information) (kf) (Entered: 07/18/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/18/2019 13:53:19 | | | |
| **PACER Login:** | jamjam6706:5889255:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:19-cr-00164-AA Start date: 1/1/1970 End date: 7/18/2019 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |